IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: NATIONAL SECURITY LETTER 19-498157

UNDER SEAL,

    Petitioner,

v.

WILLIAM BARR, ATTORNEY GENERAL,

    Respondent.

Civil Action No.: 1:19-CV-1608

### PETITIONER'S MOTION TO SEAL

COMES NOW, Petitioner, by and through undersigned counsel and in accordance with Local Rule 5 moves this Honorable Court to place this entire matter under seal and in support of such states the following:

1. Petitioner was served with National Security Letter 19-498157 ("NSL"), dated November 5, 2019.

2. The NSL invoked 12 U.S.C. §3414(c) which requires nondisclosure on the part of petitioner.

3. Petitioner brings this matter before the court for judicial review subject to 18 U.S.C. §3511(a).

4. Part (d) of this section states that "Petitions, filings, records, orders, and subpoenas must also be kept under seal to the extent and as long as necessary to prevent the unauthorized disclosure of a request for records, a report, or other information made to any person or entity."

5. In effort for petitioner to remain in compliance with 12 U.S.C. §3414(c) and under the authority of 18 U.S.C. §3511(d), this Honorable Court should place all petitions, filings, records, orders, and subpoenas under seal.

WHEREFORE, Petitioner prays that this Court grant Petitioner's motion and place this entire matter under seal.

> Respectfully Submitted,
>
> Under Seal
>
> *By Counsel*

DYCIO & BIGGS

By: _____
John Spurlock-Brown, Esq. VSB# 88015
10533 Main Street
Fairfax, Virginia 22030
T: (703) 383-0100
F: (703)383-0101
jspurlockbrown@dyciolaw.com
*Counsel for Petitioner*