IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: NATIONAL SECURITY LETTER 19-498157

UNDER SEAL,

    Petitioner,

v.

WILLIAM BARR, ATTORNEY GENERAL,

    Respondent.

Civil Action No.: 1:19-CV-1608

## ORDER

Upon consideration of Petitioner's Motion to Seal, it is hereby:

ORDERED that the Motion to Seal be GRANTED; and it is further

ORDERED that the Petition for Judicial Review Pursuant to 18 U.S.C. §3511 filed in this case, the Motion to Seal, and all future filings in this proceeding shall be placed under seal pursuant to 18 U.S.C. §3511(d).

United States District Judge