IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: NATIONAL SECURITY LETTER 19-498157

| | |
|---|---|
| UNDER SEAL, | |
| Petitioner, | |
| v. | Civil Action No.: 1:19-CV-1608 |
| WILLIAM BARR, ATTORNEY GENERAL, | |
| Respondent. | |

## ORDER

Upon consideration of Petitioner's Motion to Seal, it is hereby:

ORDERED that the Motion to Seal be GRANTED; and it is further

ORDERED that the Petition for Judicial Review Pursuant to 18 U.S.C. §3511 filed in this

case, the Motion to Seal, and all future filings in this proceeding shall be placed under seal

pursuant to 18 U.S.C. §3511(d).

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge       1/8/1?