IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: NATIONAL SECURITY LETTER 19-498157

UNDER SEAL,

    Petitioner,

v.

WILLIAM BARR, ATTORNEY GENERAL,

    Respondent.

Civil Action No.: 1:19-cv-1608

## PETITIONER'S NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Under Seal voluntarily moves to dismiss the above-captioned matter against Respondent William Barr. This notice of dismissal is being filed with the Court before service of either an answer or a motion for summary judgment by Respondent William Barr.

    Respectfully Submitted,

    Under Seal

    *By Counsel*

DYCIO & BIGGS

By: /s/ *[signature]*

John Spurlock-Brown, Esq. VSB# 88015
10533 Main Street
Fairfax, Virginia 22030
T: (703) 383-0100
F: (703)383-0101
jspurlockbrown@dyciolaw.com
*Counsel for Petitioner*