IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SEAL, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19-cv-1608 |
| SEAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER** *

For the reasons stated in the United States' Response to Order Entered November 14, 2025 (Doc 13), it is hereby

**ORDERED** that this case be unsealed.

The Clerk is directed to send a copy of this Order to all counsel of record.

December 10, 2025
Alexandria, Virginia

_____
Anthony J. Trenga
Senior U.S. District Judge

---

\* Ms. Halligan appears as counsel in this case. The Court does not recognize Ms. Halligan as being authorized to represent the United States given the decisions in United States v. Comey, No. 1:25-cr-272, – F. Supp. 3d –, 2025 WL 3266932 (E.D. Va. Nov. 24, 2025), and United States v. James, No. 2:25-cr-122, – F. Supp. 3d –, 2025 WL 3266931 (E.D. Va. Nov. 24, 2025), which have neither been stayed nor appealed as of this date. See also United States v. Giraud, Nos. 25-2635 & 25-2636, – F.4th –, 2025 WL 3439752 (3d Cir. Dec. 1, 2025).